UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES PHILIP DOUGLAS,<br><br>                Plaintiff,<br>   v.<br><br>SUPERINTENDENT RON VAN BOENING,<br>*et al*.<br><br>                Defendants. | No. 09-5152RBL/JRC<br><br>ORDER TO PROVIDE SERVICE DOCUMENTS |

       This case has been referred to the undersigned Magistrate Judge. Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable complaint (Dkt. # 1) There are no services copies of the complaint or filled out United States Marshal's service forms on file.

       Plaintiff will provide a copy of the complaint and filled out Marshal's service form for each defendant he wishes the Court to attempt to serve. The documents are due on or before

ORDER TO PROVIDE SERVICE DOCUMENTS- 1

**May 15, 2009.** If the documents are not received by that date, the court will recommend this action be dismissed for failure to comply with a court order and failure to prosecute.

The Clerk is directed to send a copy of this Order to plaintiff and note this matter for **May 15, 2009.**

DATED this 20th day of April 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE SERVICE DOCUMENTS- 2