UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILLIP DOUGLAS,

        Plaintiff,

    v.

RON VAN BOENING *et* al.,

        Defendants.

CASE NO. C09-5152RBL/JRC

ORDER GRANTING
DEFENDANT'S MOTION FOR A
MORE DEFINITE STATEMENT

    This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4. The matter is before the Court on defendant's motion for a more definite statement (Dkt. # 14).

    Fed. R. Civ. P. 8(a) requires that a complaint contain a short and plain statement of the grounds supporting the relief sought by Plaintiff, and the facts that establish the court's jurisdiction. The original complaint in this action does not set forth any facts regarding the named defendants. The motion is GRANTED. Plaintiff must file an amended complaint that

clearly sets forth the facts showing why the named defendants are liable.  The amended complaint will act as a complete substitute for the original and not as a supplement.

The amended complaint will be due on or before October 2, 2009.  The Clerk is directed to send a copy of this to plaintiff and remove Dkt. # 14 from the court's calendar.

DATED this 2nd day of September, 2009.

J. Richard Creatura
United States Magistrate Judge