UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILLIP DOUGLAS,

                Plaintiff,

     v.

RON VAN BOENING *et* al.,

                Defendants.

CASE NO. C09-5152RBL/JRC

ORDER DECLINING TO CONSIDER PLAINTIFF'S MOTION AND GIVING PLAINTIFF UNTIL NOVEMBER 6, 2009, TO COMPLY WITH THE COURT'S PRIOR ORDER

       This 42 U.S.C. § 1983 action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates Judges' Rules MJR 1, MJR 3, and MJR 4.

       On September 2, 2009, the court entered an order granting defendant's motion for a more definite statement (Dkt. # 22). The order gave plaintiff until October 2, 2009 to file an amended complaint.

       On September 3, 2009, plaintiff filed a "motion for partial summary judgment" (Dkt. # 24), but has not responded to the court's order. Defendants have responded to plaintiff's motion

ORDER - 1

for partial summary judgment and noted that the motion for a more definite statement was granted (Dkt. # 25).

The court will not consider the plaintiff's motion for partial summary judgment at this time and will not consider the motion until such time as plaintiff complies with its previous order. Plaintiff will have until November 6, 2009 to comply with the court's order or the court will recommend this action be dismissed for failure to comply with a court order.

The clerk is directed to send plaintiff a copy of this order, remove Dkt. # 24 from the court's calendar, and note the November 6, 2009 court deadline

DATED this 14th day of October, 2009.

J. Richard Creatura
United States Magistrate Judge