UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILIP DOUGLAS

    Plaintiff,

v.

SUPERINTENDENT RON VAN BOENING, *et al*.,

    Defendants.

Case No. C09-5152RBL/JRC

REPORT AND RECOMMENDATION

**NOTED FOR**:
December 11, 2009

This Civil Rights Action, filed pursuant to 42 U.S.C. § 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. In early September Plaintiff was ordered to submit an amended complaint by October 2, 2009, (Dkt. # 22). The court extended that deadline until November 6, 2009, (Dkt. # 28). As of November 12, 2009, no amended complaint has been received. The court recommends this action be DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with a court order.

REPORT AND RECOMMENDATION- 1

## DISCUSSION

Fed. R. Civ. P. 41(2)(b) allows for dismissal of an action if the plaintiff fails to comply with a court order or fails to prosecute an action. Under this rule, a dismissal acts as adjudication on the merits. Plaintiff has failed to file an amended complaint after being ordered to do so. Accordingly, he has failed to prosecute the action and failed to comply with a court order. Dismissal is appropriate.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **December 11, 2009**, as noted in the caption.

Dated this 16th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2