UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILLIP DOUGLAS,

    Plaintiff,

v.

RON VAN BOENING *et* al.,

    Defendants.

CASE NO. C09-5152RBL/JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff's Motion for an Extension of Time to File an Amended Complaint [Dkt. #32] is **DENIED**. The record reflects that plaintiff has been given ample time to file his amended complaint and has failed to do so.

(2) The Court adopts the Report and Recommendation;

(3) This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

(4) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 11th day of December, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE