# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES PHILLIP DOUGLAS

v.

RON VAN BOENING, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5152RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Extension of Time of to file an Amended Complaint [dkt. #32] is **DENIED**. The records reflects that plaintiff has been given ample time to file his amended complaint and has failed to do so.

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation.

| December 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk